No. 9484. ERMA SMITH, CLAIMANT AND RESPONDENT, *v.* MONTANA POWER COMPANY, a Corporation, DEFENDANT AND APPELLANT.

278 Pac. (2d) 277.

Decided January 4, 1955.

*J. T. Finlen, John C. Hauck, Patrick L. MacDonald, William M. Kirkpatrick,* and *Robert G. Dwyer,* Butte, for appellant.

*McCaffery, Roe & Kiely,* Butte, for respondent.

Per Curiam.

On written motion of the appellant and of the respondent by and through their respective counsel of record, it is ordered that this appeal be and it is dismissed with prejudice and that each party shall bear her and its respective costs herein incurred.